JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL CENTER FOR JEWISH FILM,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RIVERSIDE FILMS LLC; JOSEPH DORMAN; and DOES 1 through 20,<br><br>　　　　Defendants. | Case No. 5:12-cv-44-ODW(DTBx)<br><br>**JUDGMENT** |

For the reasons discussed in the Court's Order Granting Motion for Summary Judgment (ECF No. 41) and Order Granting Defendants' Motion for Award of Costs and Attorney's Fees (ECF No. 48), **IT IS HEREBY ORDERED** that:

1. Plaintiff National Center for Jewish Film takes nothing;
2. Judgment for Defendants Riverside Films LLC and Joseph Dorman;
3. Defendants Riverside Films LLC and Joseph Dorman are awarded attorney's fees in the amount of $129,807.50 and costs in the amount of $4,177.57.
4. The Clerk of Court shall close this case.

January 16, 2013

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**